Charles A. FOSTER, Plaintiff—Appellant,

v.

Mary Campbell MCQUEEN, administrator, Office of the Administrator for the Courts, in her individual capacity, Defendant—Appellee.

No. 03–35504.

D.C. No. CV–02–05193–FDB.

United States Court of Appeals, Ninth Circuit.

Argued Oct. 8, 2004.

Submitted Feb. 7, 2005.

Decided Feb. 25, 2005.

Katrin E. Frank, MacDonald, Hoague & Bayless, Seattle, WA, for Plaintiff–Appellant.

Carrie L. Bashaw, Michael E. Tardif, Office of the Washington Attorney General, Olympia, WA, for Defendant–Appellee.

* The Honorable David A. Ezra, Chief Judge for the United States District Court, District of Hawaii, sitting by designation.

Before D.W. NELSON, THOMAS, Circuit Judges, and EZRA,* District Judge.

ORDER**

**This case is submitted as of February 7, 2005.**

Pursuant to the stipulation filed by the parties on February 7, 2005, this case is hereby **dismissed** with prejudice. Each party shall bear its respective costs and attorneys' fees.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.